UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZEREZGI KIFLE-TESFAGABIR,  )<br>                                                            )<br>                    Petitioner,          )<br>                                                            )<br>         v.                                              )<br>                                                            )<br> MICHAEL CHERTOFF, *et al.*,     )<br>                                                            )<br>                    Respondents.      )<br>_____ ) | CASE NO.  C05-904-MJP-MJB<br><br><br><br>ORDER OF DISMISSAL |

On May 16, 2005, petitioner filed, through counsel, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Dkts. #1). In the habeas petition, petitioner argued that the Board of Immigration Appeals' ("BIA") failure to act on his motion for a stay of removal pending the adjudication of his motion to reopen violated the Due Process Clause, the Administrative Procedures Act, the Immigration and Nationality Act, and the Convention Against Torture, and constituted unreasonable delay within the meaning of 28 U.S.C. § 1361. On June 24, 2005, the BIA adjudicated and granted petitioner's motion for stay of removal. In light of that decision, petitioner's habeas petition is now moot.

The parties having stipulated and agreed that this habeas proceeding has become moot and may be dismissed without prejudice, it is so ORDERED.

The Clerk is directed to send copies of this Order to all counsel of record.

ORDER OF DISMISSAL
PAGE – 1

DATED this _28th_ day of June, 2005.

Marsha J. Pechman
U.S. District Judge

Recommended for Entry
this 28th of June, 2005.

/s/ Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER OF DISMISSAL
PAGE – 2